October 10, 2000, at page 2:

"Whether a stop and detention of a motorist by a police officer, who is *beyond* his or her jurisdictional limits, for an offense observed and committed *outside* the officer's jurisdiction automatically constitutes a *per se* unreasonable seizure under the Fourth Amendment, thereby triggering the mandatory application of the exclusionary rule to suppress all evidence flowing from the stop."

Cause consolidated with 00–2126, *State v. Weideman*, Portage App. No. 98–P–0109.

The conflict cases are *State v. Filler* (1995), 106 Ohio App.3d 731, 667 N.E.2d 54; *State v. Tennison* (Apr. 14, 1989), Wood App. No. WD–88–41, unreported, 1989 WL 35534; *State v. Brown* (Apr. 16, 1999), Pickaway App. No. 98CA27, unreported, 1999 WL 259649; and *State v. Hammons* (Aug. 28, 1998), Montgomery App. No. 16931, unreported, 1998 WL 543363.

**00–2119. State v. Yarbrough.**
Jefferson C.P. No. 99CR116. This cause is pending before the court as a death penalty appeal from the Court of Common Pleas of Jefferson County. Upon consideration of appellant's motion for stay of execution,

IT IS ORDERED by the court that the motion for stay of execution be, and hereby is, granted, pending disposition of this appeal.

**01–50. State v. Helms.**
Lucas App. No. L–99–1264. On motion for leave to file delayed appeal. Motion denied.

**01–54. State v. Cooksey.**
Lorain App. No. 99CA007474. On motion for leave to file delayed appeal. Motion denied.

**01–55. State v. Stith.**
Franklin App. No. 95APA07–934. On motion for leave to file delayed appeal. Motion denied.

**01–72. State v. Wilson.**
Cuyahoga App. No. 62181. On motion for leave to file delayed appeal. Motion denied.

**01–87. State v. Wilson.**
Hamilton App. No. C–000593. On motion for leave to file delayed appeal. Motion denied.

COOK, J., dissents.

**01–91. Shell Energy Serv. Co., L.L.C. v. Pub. Util. Comm.**
Public Utilities Commission, Nos. 99–1729–EL–ETP and 99–1730–EL–ETP. On motion for admission *pro hac vice* of Paul Forshay, Keith McCrea, and Daniel Oginsky by Langdon Bell. Motion granted.

**01–105. State v. Smith.**
Morrow App. No. 837. On motion for leave to file delayed appeal. Motion denied.

## DISCRETIONARY APPEALS ALLOWED

**00–1963. Parrish v. Parrish.**
Ross App. No. 98CA2470. Discretionary appeal and motion for admission *pro hac vice* of Jeremiah B. McKenna by Katherine Hine allowed.

F.E. SWEENEY, PFEIFER and COOK, JJ., dissent.

**00–1978. Rollin v. Nationwide Mut. Ins. Co.**
Lorain App. No. 99CA007313.

MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent.

**00–1984. Aetna Cas. & Sur. Co. v. Goodyear Tire & Rubber Co.**
Summit App. No. 19121. On discretionary appeal, motion for admission *pro hac vice* of Michael W. Morrison and Dale R. Kurth by Brian T. Winchester for Allstate Ins. Co., motion for admission *pro hac vice* by Jordan Berns for A. Hugh Scott and Kathleen A. Burdette for Aetna and Travelers, motion for admission *pro hac vice* by Gregory J. DeGulis of International Surplus Lines Ins. Co. for Clay Phillips and Dennis Dolan, and motion for admission *pro hac vice* by Lawrence R. Bach for Michael J. Balch. Appeal allowed and motions granted.